# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DEDRIC HOPKINS, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | CIVIL ACTION FILE |
| | ] | NO. 18-cv-03962-WMR |
| CS TRUCK & TRAILER REPAIR SERVICES, INC., | ] ] | |
| | ] | |
| Defendant. | ] | |

## CONSENT ORDER STAYING ALL DEADLINES PENDING COURT'S REVIEW OF SETTLEMENT TERMS

For good cause shown, the parties' Joint Motion to Stay All Deadlines Pending Court's Review of Settlement Terms [Doc. 8] is **GRANTED**. Consequently, it is hereby

**ORDERED** that all deadlines in this Fair Labor Standards Act case be stayed pending the Court's review of the terms of the parties' settlement; and

**ORDERED** that the parties shall file a joint motion seeking the Court's approval of the terms of their settlement (including a copy of the parties' written settlement agreement) within fourteen (14) days of the entry of this Order.

- 2 -

**IT IS SO ORDERED** this 19th day of November, 2018.

/s/ William M. Ray, II
William M. Ray, II
United States District Judge

Proposed consent order jointly submitted by:

| **Martin & Martin, LLP** | **MILLER & MARTIN, PLLC** |
|---|---|
| By: */s/Kimberly N. Martin* <br> Kimberly N. Martin <br> Georgia Bar No. 473410 <br> Thomas F. Martin <br> Georgia Bar No. 482595 | By: */s/James P. Daniel* <br> James P. Daniel <br> Georgia Bar No. 204115 |
| Post Office Box 1070 <br> Tucker, GA 30085-170 <br> (404) 313-5538 <br> kimberlymartinlaw@gmail.com <br> tfmartinlaw@msn.com | 1180 Peachtree Street, N.W. <br> Suite 2100 <br> Atlanta, GA 30309-3407 <br> (404) 962-6100 Telephone <br> (404) 962-6300 Facsimile <br> jimmy.daniel@millermartin.com |
| *Counsel for Plaintiff Dedric Hopkins* | *Counsel for Defendant CS Truck and Trailer Repair Services, Inc.* |